Eric Everett Hawes - Bar #135514
PÉREZ & HAWES LLP
23901 Calabasas Road
Suite 2060
Calabasas, California 91302
(818) 884-3991

Attorneys for Defendant, Chino Commercial Bank, N.A., a national association

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

CHERYL THURSTON, an individual, ) Case No.
)
    Plaintiff, )
)
vs. ) **NOTICE OF REMOVAL OF ACTION**
)
CHINO COMMERCIAL BANK, N.A., a )
national banking association; and Does 1 through )
10, inclusive, )
)
    Defendants. )
_____ )

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTCE** that Defendant, Chino Commercial Bank, N.A., a national association, erroneously sued in the state court as a national banking association, hereby removes to this Court the state court action described below.

1. On May 5, 2017 an action was commenced by Plaintiff, Cheryl Thurston, in the Superior Court of the State of California in and for the County of San Bernardino, entitled Cheryl Thurston, an individual, Plaintiff, vs. Chino Commercial Bank N.A., a national banking association and Does 1 – 10, inclusive, Defendants, as case number CIVDS1708568.

2. A copy of all pleadings served on this removing Defendant in the state court action (the "state court file") are attached hereto as Exhibit "A".

3. The first date upon which Defendant, Chino Commercial Bank, N.A., received a copy of the said complaint was May 17, 2017, when Defendant was served with a copy of the said complaint and a summons from the said state court.

4. This action is a civil action of which this Court has original and supplemental jurisdiction under 42 U.S.C.A. § 1218, *et. seq.* and U.S.C.A., Const. art. I, § 8, cl. 3 and may be removed to this Court by Defendant under 28 U.S.C.A. § 1441(c) in that it arises under the federal law which is commonly known as the Americans With Disabilities Act [28 U.S.C.A. § 1218, *et. seq.*] and it involves access to Defendant's web-site and thus commerce among the several States. U.S.C.A., Const. art. I, § 8, cl. 3.

5. No other Defendants have been named or served at this time.

**WHEREFORE**, Defendant, Chino Commercial Bank, N.A., prays that this action be removed to the United States District Court for the Central District of California.

Dated: May 31, 2017

PÉREZ & HAWES LLP

By _____
Eric Everett Hawes, Esq.
Attorneys for Defendant,
Chino Commercial Bank, N.A.

Thurston v. Chino Commercial Bank

USDC Case No. (pending)

**EXHBIT "A"**

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
CHINO COMMERCIAL BANK, N.A., a national banking association;
and DOES 1-10, inclusive,

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
CHERYL THURSTON, an individual,



SUM-100

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

SUPERIOR COURT
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT – CIVIL DIVISION

MAY - 5 2017

BY VERONICA GONZALEZ, DEPUTY

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is: **CASE NUMBER:** CIVDS1708568
*(El nombre y dirección de la corte es):*
SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO
San Bernardino District -- Civil Division
247 West Third Street, San Bernardino, CA 92415-0210

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Scott J. Ferrell (SBN 202091)
PACIFIC TRIAL ATTORNEYS, APC                                     Phone No.: (949) 706-6464
4100 Newport Place Drive, Suite 800, Newport Beach, CA 92660

**DATE:** MAY - 5 2017    Clerk, by VERONICA GONZALEZ, Deputy
*(Fecha)*                *(Secretario)*                        *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL] COPY

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):* CHINO COMMERCIAL BANK, N.A., A NATIONAL BANKING ASSOCIATION
3. ☒ on behalf of *(specify):*
   under: ☐ CCP 416.10 (corporation)         ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☒ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Page 1 of 1
Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov
LexisNexis® Automated California Judicial Council Forms

**Page 1**

```
PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
Victoria C. Knowles, Bar No. 277231
vknowles@pacifictrialattorneys.com
4100 Newport Place, Ste. 800
Newport Beach, CA 92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff
```

[Filed stamp: SUPERIOR COURT, COUNTY OF SAN BERNARDINO, MAY -5 2017, BY VERONICA ___, DEPUTY]

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF SAN BERNARDINO

CHERYL THURSTON, an individual,

　　　　Plaintiff,

v.

CHINO COMMERCIAL BANK, N.A., a national banking association; and DOES 1-10, inclusive,

　　　　Defendants.

Case No. CIVDS1708568

**COMPLAINT**

---

COMPLAINT

Plaintiff Cheryl Thurston ("Plaintiff"), alleges the following upon information and belief based upon investigation of counsel, except as to her own acts, which she alleges upon personal knowledge:

## INTRODUCTION

1. Plaintiff Cheryl Thurston is a blind individual who requires screen reading software to read website content and access the internet. Defendant Chino Commercial Bank, N.A. maintains its website, www.chinocommercialbank.com, in such a way that it contains numerous access barriers preventing Plaintiff, and other blind and visually-impaired individuals, from gaining equal access to www.chinocommercialbank.com. Defendant's denial of full and equal access to its website, and therefore its products and services offered thereby, is a violation of Plaintiff's rights under California's Unruh Civil Rights Act.

## JURISDICTION AND VENUE

2. This Court has subject matter jurisdiction over this action. This Court has personal jurisdiction over Defendant because it conducted and continues to conduct substantial business in the State of California, County of San Bernardino, and Defendant's offending website is available across California.

3. Venue is proper in this Court because Defendant's corporation headquarters is located in this County and it conducts substantial business in this County. Venue is also proper because a substantial portion of the misconduct alleged herein occurred in the County of San Bernardino.

## PARTIES

4. Plaintiff resides in San Bernardino County, California. Plaintiff is permanently blind and uses a screen reader in order to access the internet and read website content. Despite several attempts to use and navigate www.chinocommercialbank.com, Plaintiff has been denied the full use and enjoyment of the facilities and services of www.chinocommercialbank.com as a result of accessibility barriers on www.chinocommercialbank.com. The access barriers on www.chinocommercialbank.com have caused a denial of Plaintiff's full and equal access multiple times in the past, and now deter Plaintiff on a regular basis from accessing Defendant's website. Similarly, the access barriers on www.chinocommercialbank.com have deterred Plaintiff from visiting Defendant's bank branch locations.

5. Plaintiff is informed and believes, and thereon alleges, that Defendant Chino Commercial Bank, N.A. is a national banking association with its principal place of business located in Chino, California. Plaintiff is informed and believes, and thereon alleges, that Defendant owns and operates Chino Commerical Bank branch locations in California. These locations constitute places of public accommodation. Defendant's locations provide to the public important goods and/or services. Defendant also provides to the public the www.chinocommercialbank.com website. www.chinocommercialbank.com provides access to the array of services, including bank branch and ATM locators, and many other benefits related to these facilities and services. The Chino Commercial Bank locations in California are public accommodations within the definition of Title III of the Americans With Disabilities Act of1990 ("ADA"), 42 U.S.C. § 12181(7). www.chinocommercialbank.com is a service, privilege, and advantage of the ChinoCommercial Bank locations and is likewise a "business establishment" within the meaning of California Civil Code § 51 et seq. www.chinocommercialbank.com is a service that is by and integrated with these locations.

6. At all relevant times, each and every Defendant was acting as an agent and/or employee of each of the other Defendants and was acting within the course and/or scope of said agency and/or employment with the full knowledge and consent of each of the Defendants. Each of the acts and/or omissions complained of herein were alleged and made known to, and ratified by, each of the other Defendants (Chino Commercial Bank, N.A. and DOE Defendants will hereafter collectively be referred to as "Defendant").

7. The true names and capacities of the Defendants sued herein as DOES 1 through 10, inclusive, are currently unknown to Plaintiff, who therefore sues such Defendants by fictitious names. Each of the Defendants designated herein as a DOE is legally responsible for the unlawful acts alleged herein. Plaintiff will seek leave of Court to amend this Complaint to reflect the true names and capacities of the DOE Defendants when such identities become known.

## FACTS

8. The Internet has become a significant source of information, a portal and tool for conducting business, and a means for doing everyday activities such as shopping, banking, etc. for both the sighted and blind, and/or visually-impaired persons.

9. Blind individuals may access websites by using keyboards in conjunction with screen-reading software that vocalizes visual information on a computer screen. Screen access software provides the only method by which a blind person may independently access the internet. Unless websites are designed to be read by screen reading software, blind persons are unable to fully access websites and the information, products and services contained thereon.

10. The international website standards organization, W3C, has published version 2.0 of the Web Content Accessibility Guidelines ("WCAG 2.0"). WCAG 2.0 are well-established guidelines for making websites accessible to blind and visually-impaired people. These guidelines are successfully followed by numerous large business entities to ensure their websites are accessible. These guidelines recommend several basic components for making websites accessible including, but not limited to: adding invisible alternative text to graphics; ensuring that all functions can be performed using a keyboard and not just a mouse; ensuring that image maps are accessible; and adding headings so that blind people can easily navigate websites. Without these very basic components, a website will be inaccessible to a blind or visually-impaired person using a screen reader.

11. Defendant offers the commercial website, www.chinocommercialbank.com. www.chinocommercialbank.com which provides, among other things, information concerning the Chino Commerical Bank branch locations it operates, descriptions of its products and services, and allows users to find the location for them to visit.

12. Based on information and belief, it is Defendant's policy and practice to deny blind users, including Plaintiff, equal access to www.chinocommercialbank.com. Due to Defendant's failure and refusal to remove access barriers on www.chinocommercialbank.com, Plaintiff and other blind and visually impaired individuals have been and are being denied equal access to the Chino Commercial Bank branch locations and to the other services offered to the public through www.chinocommercialbank.com.

13. Defendant denies blind individuals access to the services and information made available through www.chinocommercialbank.com by preventing them from freely navigating www.chinocommercialbank.com. www.chinocommercialbank.com contains access barriers that prevent free and full use by blind persons using screen reading software.

14. www.chinocommercialbank.com's barriers are pervasive and include, but are not limited to, the following: (1) missing Alternative Text, or a text equivalent. Alternative Text is invisible code embedded beneath a graphical image on a website. Web accessibility requires that Alternative Text be coded with each picture so that a screen reader can speak the Alternative Text where a sighted user sees pictures. Alternative Text does not change the visual presentation, but instead a text box will pop-up when the mouse moves over the picture. The lack of Alternative Text on these graphics prevents screen readers from accurately vocalizing a description of the graphics. As a result, visually-impaired Chino Commercial Bank customers are unable to determine what is on the website, browse the site, look for the Chino Commercial Bank locations, check out Defendant's products and services and/or determine which location to visit; (2) Empty links that contain no text causing the function or purpose of the link to not be presented to the user. This can introduce confusion for keyboard and screen reader users; (3) Redundant Links where adjacent links go to the same URL address which results in additional navigation and repetition for keyboard and screen reader users; and (4) Missing form labels which presents a problem because if a form control does not have a properly associated text label, the function or purpose of that form control may not be presented to screen reader users. Form labels also provide visible descriptions and larger clickable targets for form controls.

15. Due to the inaccessibility of www.chinocommercialbank.com, blind and otherwise visually impaired customers who use screen readers cannot effectively browse for Defendant's locations, products and services online. If www.chinocommercialbank.com were accessible, Plaintiff could independently investigate services annd products, and find the locations to visit, via Defendant's website as sighted individuals can and do.

16. Despite several attempts to use www.chinocommercialbank.com since February 2017, the numerous access barriers contained on Defendant's website have denied Plaintiff's full and equal access, and Plaintiff continues to be deterred on a regular basis from accessing Defendant's website. Similarly, based on the numerous access barriers contained on www.chinocommercialbank.com, Plaintiff has been deterred from visiting any of Defendant's physical locations that Plaintiff may locate by using www.chinocommercialbank.com.

## FIRST CAUSE OF ACTION

### Violation of the Unruh Civil Rights Act, California Civil Code § 51 *et seq.*

**(By Plaintiff Against All Defendants)**

17. Plaintiff incorporates by this reference the allegations contained in the preceding paragraphs above as if fully set forth herein.

18. California Civil Code § 51 et seq. guarantees equal access for people with disabilities to the accommodations, advantages, facilities, privileges, and services of all business establishments of any kind whatsoever. Defendant is systematically violating the Unruh Civil Rights Act, California Civil Code § 51 *et seq.*

19. Defendant's Chino Commercial Bank locations are "business establishments" within the meaning of the California Civil Code § 51 et seq. Defendant generates millions of dollars in revenue from the sale of its services in California through its Chino Commercial Bank locations and related services and www.chinocommercialbank.com. www.chinocommercialbank.com is a service provided by Defendant that is inaccessible to patrons who are visually-impaired like Plaintiff. This inaccessibility denies visually-impaired patrons full and equal access to the facilities and services that Defendant makes available to the non-disabled public. Defendant is violating the Unruh Civil Rights Act, California Civil Code § 51 et seq., in that Defendant is denying visually-impaired customers the services provided by www.chinocommercialbank.com. These violations are ongoing.

20. Defendant's actions constitute intentional discrimination against Plaintiff on the basis of a disability in violation of the Unruh Civil Rights Act, Cal. Civil Code § 51 et seq. in that: Defendant has constructed a website that is inaccessible to Plaintiff; maintains the website in this inaccessible form; and has failed to take adequate actions to correct these barriers even after being notified of the discrimination that such barriers cause.

21. Defendant is also violating the Unruh Civil Rights Act, California Civil Code § 51 *et seq.* in that the conduct alleged herein likewise constitutes a violation of various provisions of the ADA, 42 U.S.C. § 12101 *et seq.* Section 51(f) of the California Civil Code provides that a violation of the right of any individual under the ADA shall also constitute a violation of the Unruh Civil Rights Act.

22. The actions of Defendants were and are in violation of the Unruh Civil Rights Act, California Civil Code § 51 et seq., and, therefore, Plaintiff is entitled to injunctive relief remedying the discrimination. However, Plaintiff expressly limits the injunctive relief she seeks to $50,000 or less.

23. Plaintiff is also entitled to statutory minimum damages pursuant to California Civil Code § 52 for each and every offense.

24. Plaintiff is also entitled to reasonable attorneys' fees and costs; however, Plaintiff hereby expressly limits the amount of money that Plaintiff presently seeks to recover in this action to less than $75,000, such that the maximum amount of any total recovery shall not exceed $74,999.

25. Plaintiff is also entitled to a preliminary and permanent injunction enjoining Defendants from violating the Unruh Civil Rights Act, California Civil Code § 51 et seq., and requiring Defendant to take the steps necessary to make www.chinocommercialbank.com readily accessible to and usable by visually-impaired individuals. However, Plaintiff hereby expressly states that she does not seek injunctive relief that would require Defendant to expend total sums greater than $50,000.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, individually, prays for relief and judgment as follows:

1. A preliminary and permanent injunction enjoining Defendants from violating the Unruh Civil Rights Act, California Civil Code § 51 et seq.;

2. A preliminary and permanent injunction requiring Defendant to take the steps necessary to make www.chinocommercialbank.com readily accessible to and usable by visually-impaired individuals but Plaintiff hereby expressly limits the injunctive relief to require that Defendant expend no more than $50,000 thereon;

3. An award of statutory minimum damages of $4,000 per violation pursuant to section 52(a) of the California Civil Code;

4. For attorneys' fees and expenses pursuant to all applicable laws including, without limitation, California Civil Code § 52(a);

5. For pre-judgment interest to the extent permitted by law;

6. For costs of suit; and

7. For such other and further relief as the Court deems just and proper.

Dated: May 5, 2017

PACIFIC TRIAL ATTORNEYS, APC

By: *[signature]*
Scott J. Ferrell
Attorneys for Plaintiff

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury of all claims and causes of action so triable in this lawsuit.

Dated: May 5, 2017

PACIFIC TRIAL ATTORNEYS, APC

By _____
Scott J. Ferrell
Attorneys for Plaintiff

- 8 -
COMPLAINT

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | | | FOR COURT USE ONLY |
|---|---|---|---|
| Scott J. Ferrell (Bar #202091) / Victoria C. Knowles (Bar # 277231) PACIFIC TRIAL ATTORNEYS, A Professional Corporation 4100 Newport Place Drive, Suite 800, Newport Beach, CA 92660 | | | **CM-010** |
| TELEPHONE NO.: (949) 706-6464 FAX NO.: | | | |
| ATTORNEY FOR (Name): Plaintiff Cheryl Thurston | | | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO | | | |
| STREET ADDRESS: 247 West Third Street | | | |
| MAILING ADDRESS: | | | MAY -5 2017 |
| CITY AND ZIP CODE: San Bernardino 92415-0210 | | | |
| BRANCH NAME: San Bernardino District – Civil Division | | | |
| CASE NAME: Thurston v. Chino Commercial Bank, et al. | | | |
| CIVIL CASE COVER SHEET | Complex Case Designation | | CASE NUMBER: CIVDS1708568 |
| [X] Unlimited [ ] Limited (Amount (Amount demanded demanded is exceeds $25,000) $25,000 or less) | [ ] Counter [ ] Joinder Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | | JUDGE: DEPT: |

Items 1–6 below must be completed (see instructions on page 2).

1. Check one box below for the case type that best describes this case:

**Auto Tort**
- [ ] Auto (22)
- [ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- [ ] Asbestos (04)
- [ ] Product liability (24)
- [ ] Medical malpractice (45)
- [ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- [ ] Business tort/unfair business practice (07)
- [X] Civil rights (08)
- [ ] Defamation (13)
- [ ] Fraud (16)
- [ ] Intellectual property (19)
- [ ] Professional negligence (25)
- [ ] Other non-PI/PD/WD tort (35)

**Employment**
- [ ] Wrongful termination (36)
- [ ] Other employment (15)

**Contract**
- [ ] Breach of contract/warranty (06)
- [ ] Rule 3.740 collections (09)
- [ ] Other collections (09)
- [ ] Insurance coverage (18)
- [ ] Other contract (37)

**Real Property**
- [ ] Eminent domain/Inverse condemnation (14)
- [ ] Wrongful eviction (33)
- [ ] Other real property (26)

**Unlawful Detainer**
- [ ] Commercial (31)
- [ ] Residential (32)
- [ ] Drugs (38)

**Judicial Review**
- [ ] Asset forfeiture (05)
- [ ] Petition re: arbitration award (11)
- [ ] Writ of mandate (02)
- [ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
- [ ] Antitrust/Trade regulation (03)
- [ ] Construction defect (10)
- [ ] Mass tort (40)
- [ ] Securities litigation (28)
- [ ] Environmental/Toxic tort (30)
- [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- [ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- [ ] RICO (27)
- [ ] Other complaint (not specified above) (42)

**Miscellaneous Civil Petition**
- [ ] Partnership and corporate governance (21)
- [ ] Other petition (not specified above) (43)

2. This case [ ] is [X] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a.[X] monetary b.[X] nonmonetary; declaratory or injunctive relief c.[ ] punitive
4. Number of causes of action (specify): ONE (1)
5. This case [ ] is [X] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: May 5, 2017

Scott J. Ferrell
(TYPE OR PRINT NAME) (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov
LexisNexis® Automated California Judicial Council Forms

# INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET
CM-010

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

## CASE TYPES AND EXAMPLES

**Auto Tort**
  Auto (22)--Personal Injury/Property
    Damage/Wrongful Death
  Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
  Asbestos (04)
    Asbestos Property Damage
    Asbestos Personal Injury/
      Wrongful Death
  Product Liability *(not asbestos or toxic/environmental)* (24)
  Medical Malpractice (45)
    Medical Malpractice--
      Physicians & Surgeons
    Other Professional Health Care
      Malpractice
  Other PI/PD/WD (23)
    Premises Liability (e.g., slip
      and fall)
    Intentional Bodily Injury/PD/WD
      (e.g., assault, vandalism)
    Intentional Infliction of
      Emotional Distress
    Negligent Infliction of
      Emotional Distress
    Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
  Business Tort/Unfair Business
    Practice (07)
  Civil Rights (e.g., discrimination,
    false arrest) *(not civil harassment)* (08)
  Defamation (e.g., slander, libel)
    (13)
  Fraud (16)
  Intellectual Property (19)
  Professional Negligence (25)
    Legal Malpractice
    Other Professional Malpractice
      *(not medical or legal)*
  Other Non-PI/PD/WD Tort (35)

**Employment**
  Wrongful Termination (36)
  Other Employment (15)

**Contract**
  Breach of Contract/Warranty (06)
    Breach of Rental/Lease
      Contract *(not unlawful detainer
        or wrongful eviction)*
    Contract/Warranty Breach--Seller
      Plaintiff *(not fraud or negligence)*
    Negligent Breach of Contract/
      Warranty
    Other Breach of Contract/Warranty
  Collections (e.g., money owed, open
    book accounts) (09)
    Collection Case--Seller Plaintiff
    Other Promissory Note/Collections
      Case
  Insurance Coverage *(not provisionally
    complex)* (18)
    Auto Subrogation
    Other Coverage
  Other Contract (37)
    Contractual Fraud
    Other Contract Dispute

**Real Property**
  Eminent Domain/Inverse
    Condemnation (14)
  Wrongful Eviction (33)
  Other Real Property (e.g., quiet title) (26)
    Writ of Possession of Real Property
    Mortgage Foreclosure
    Quiet Title
    Other Real Property *(not eminent
      domain, landlord/tenant, or
      foreclosure)*

**Unlawful Detainer**
  Commercial (31)
  Residential (32)
  Drugs (38) *(if the case involves illegal
    drugs, check this item; otherwise,
    report as Commercial or Residential)*

**Judicial Review**
  Asset Forfeiture (05)
  Petition Re: Arbitration Award (11)
  Writ of Mandate (02)
    Writ--Administrative Mandamus
    Writ--Mandamus on Limited Court
      Case Matter
    Writ--Other Limited Court Case
      Review
  Other Judicial Review (39)
    Review of Health Officer Order
    Notice of Appeal--Labor
      Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400-3.403)**
  Antitrust/Trade Regulation (03)
  Construction Defect (10)
  Claims Involving Mass Tort (40)
  Securities Litigation (28)
  Environmental/Toxic Tort (30)
  Insurance Coverage Claims
    *(arising from provisionally complex
    case type listed above)* (41)

**Enforcement of Judgment**
  Enforcement of Judgment (20)
    Abstract of Judgment (Out of
      County)
    Confession of Judgment *(non-
      domestic relations)*
    Sister State Judgment
    Administrative Agency Award
      *(not unpaid taxes)*
    Petition/Certification of Entry of
      Judgment on Unpaid Taxes
    Other Enforcement of Judgment
      Case

**Miscellaneous Civil Complaint**
  RICO (27)
  Other Complaint *(not specified
    above)* (42)
    Declaratory Relief Only
    Injunctive Relief Only *(non-
      harassment)*
    Mechanics Lien
    Other Commercial Complaint
      Case *(non-tort/non-complex)*
    Other Civil Complaint
      *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
  Partnership and Corporate
    Governance (21)
  Other Petition *(not specified
    above)* (43)
    Civil Harassment
    Workplace Violence
    Elder/Dependent Adult
      Abuse
    Election Contest
    Petition for Name Change
    Petition for Relief From Late
      Claim
    Other Civil Petition

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO

CHERYL THURSTON

Case No. CIVDS1708568

vs.

CERTIFICATE OF ASSIGNMENT

CHINO COMMERCIAL BANK, N.A., et al.

A civil action or proceeding presented for filing must be accompanied by this certificate. If the ground is the residence of a party, name and residence shall be stated.

The undersigned declares that the above-entitled matter is filed for proceedings in the ___Civil Division___ District of the Superior Court under Rule 404 of this court for the checked reason:

[X] General     [ ] Collection

| | Nature of Action | Ground |
|---|---|---|
| [ ] 1 | Adoption | Petitioner resides within the district. |
| [ ] 2 | Conservator | Petitioner or conservatee resides within the district. |
| [ ] 3 | Contract | Performance in the district is expressly provided for. |
| [ ] 4 | Equity | The cause of action arose within the district. |
| [ ] 5 | Eminent Domain | The property is located within the district. |
| [ ] 6 | Family Law | Plaintiff, defendant, petitioner or respondent resides within the district. |
| [ ] 7 | Guardianship | Petitioner or ward resides within the district or has property within the district. |
| [ ] 8 | Harassment | Plaintiff, defendant, petitioner or respondent resides within the district. |
| [ ] 9 | Mandate | The defendant functions wholly within the district. |
| [ ] 10 | Name Change | The petitioner resides within the district. |
| [ ] 11 | Personal Injury | The injury occurred within the district. |
| [ ] 12 | Personal Property | The property is located within the district. |
| [ ] 13 | Probate | Decedent resided or resides within the district or had property within the district. |
| [ ] 14 | Prohibition | The defendant functions wholly within the district. |
| [ ] 15 | Review | The defendant functions wholly within the district. |
| [ ] 16 | Title to Real Property | The property is located within the district. |
| [ ] 17 | Transferred Action | The lower court is located within the district. |
| [ ] 18 | Unlawful Detainer | The property is located within the district. |
| [ ] 19 | Domestic Violence | The petitioner, defendant, plaintiff or respondent resides within the district. |
| [ ] 20 | Other | |
| [X] 21 | THIS FILING WOULD NORMALLY FALL WITHIN JURISDICTION OF SUPERIOR COURT. | |

The address of the accident, performance, party, detention, place of business, or other factor which qualifies this case for filing in the above-designated district is:

Location of incident                                                   8652 Tangelo Court
(NAME - INDICATE TITLE OR OTHER QUALIFYING FACTOR)                                     ADDRESS

Fontana                                        California                            92335
(CITY)                                            (STATE)                               (ZIP CODE)

I declare, under penalty of perjury, that the foregoing is true and correct and that this declaration was executed on

May 5, 2017                                     at    Newport Beach                            , California

*Signature of Attorney/Party*

13-16503-360 Rev. 10/94                                                 LexisNexis® Automated California County Forms    SB-16503

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO

San Bernardino District - Civil
247 West Third Street

San Bernardino, CA. 924150210
------------------------------------------------------------------------

CASE NO: CIVDS1708568

PACIFIC TRIAL ATTORNEYS
4100 NEWPORT PLACE DRIVE
SUITE 800
NEWPORT BEACH CA 92660

NOTICE OF TRIAL SETTING CONFERENCE
and NOTICE OF CASE ASSIGNMENT

IN RE: THURSTON -V- CHINO COMMERCIAL BANK

THIS CASE HAS BEEN ASSIGNED TO: WILFRED J SCHNEIDER JR. IN DEPARTMENT S32
FOR ALL PURPOSES.

Notice is hereby given that the above-entitled case has been set for
Trial Setting Conference at the court located at 247 WEST THIRD STREET
SAN BERNARDINO, CA 92415-0210.

      HEARING DATE: 11/03/17 at 8:30 in Dept. S32

DATE: 05/05/17 Nancy Eberhardt, Interim Court Executive Officer
                                                           By: VERONICA GONZALEZ
------------------------------------------------------------------------
CERTIFICATE OF SERVICE

I am a Deputy Clerk of the Superior Court for the County of San
Bernardino at the above listed address. I am not a party to this
action and on the date and place shown below, I served a copy of the
above listed notice:
( ) Enclosed in a sealed envelope mailed to the interested party
addressed above, for collection and mailing this date, following
standard Court practices.
( ) Enclosed in a sealed envelope, first class postage prepaid in the
U.S. mail at the location shown above, mailed to the interested party
and addressed as shown above, or as shown on the attached listing.
(✓) A copy of this notice was given to the filing party at the counter
( ) A copy of this notice was placed in the bin located at this office
and identified as the location for the above law firm's collection of
file stamped documents.

Date of Mailing: 05/05/17
I declare under penalty of perjury that the foregoing is true and
correct. Executed on 05/05/17 at San Bernardino, CA

                                                     BY: VERONICA GONZALEZ

Cheryl Thurston vs. Chino Commercial Bank, N.A.
San Bernardino Superior Court Case No.: CIVDS 1708568

## PROOF OF SERVICE

STATE OF CALIFORNIA      )
                         ) ss.
COUNTY OF LOS ANGELES    )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Pérez & Hawes LLP, 23901 Calabasas Road, Suite 2060, Calabasas, California 91302.

On May 31, 2017, I served the foregoing document(s) described as **NOTICE OF REMOVAL OF ACTION** on the interested parties in this action by placing [ ] the original and/or [X] a true copy thereof enclosed in (a) sealed envelope(s) addressed as follows:

Scott J. Ferrell, Esq.
PACIFIC TRIAL ATTORNEYS
4100 Newport Place, Suite 800
Newport Beach, CA 92660

[ ] (BY ELECTRONIC-MAIL)

[X] (BY REGULAR MAIL)

[X] I deposited such envelope in the mail in Calabasas, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if Postal cancellation date or postage meter date is more than one (1) day after date of deposit of mailing in affidavit.

[ ] (STATE)        I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] (FEDERAL)      I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 31, 2017

                                            /s/ Erica Parks
                                            ERICA PARKS